[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————

No. 05-14271

———————

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 20, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-01189 CV-CAP-1

MICHAEL A. WILLIAMS,

Plaintiff-Appellant,

versus

DEKALB COUNTY, GEORGIA,
VERNON JONES, et al.,

Defendants-Appellees.

———————

Appeal from the United States District Court
for the Northern District of Georgia

———————

**(April 20, 2006)**

Before DUBINA, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Appellant Michael A. Williams ("Williams") appeals the district court's entry of summary judgment against him in his 42 U.S.C. § 1983 action alleging deprivation of a liberty interest, without due process, arising from termination of his employment with the DeKalb County Police Department.

The issue presented on appeal is whether the district court correctly granted summary judgment to the defendants because Williams was afforded a meaningful opportunity for a name-clearing hearing.

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we affirm the district court's grant of summary judgment based on our precedents[1] and the well-reasoned order of the district court filed on July 22, 2005.

**AFFIRMED.**

---

[1]*See Cotton v. Jackson*, 216 F.3d 1328, 1330 (11th Cir. 2000); *Harrison v. Wille*, 132 F.3d 679, 683 n. 9 (11th Cir. 1998); *McKinney v. Pate*, 20 F.3d 1550, 1562 (11th Cir. 1994) (en banc), *cert. denied*, 513 U.S. 1110 (1995); *Buxton v. City of Plant City, Fla.*, 871 F.2d 1037, 1042-43 (11th Cir. 1989); *Campbell v. Pierce County, Ga.*, 741 F.2d 1342, 1345 (11th Cir. 1984).